IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG STEEL CORPORATION,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 27; Filed November 19, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 27-1] supplied by the parties is accepted for filing and entered as an Order of the Court, with interlineations, as of today's date.

Dated: November 22, 2010