IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, doing business as ARMSTRONG STEEL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Second Motion to Amend the Scheduling Order** [Docket No. 57; Filed April 15, 2011] and Plaintiff's **Motion for Extension of Time to Designate Expert Witness Regarding Damages** [Docket No. 58; Filed April 15, 2011].

    IT IS HEREBY **ORDERED** that the Second Motion to Amend the Scheduling Order [#57] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 26] is amended to reflect the following new deadlines:

| | |
|---|---|
| Deadline for expert witness designation: | **July 15, 2011** |
| Deadline for service of written discovery requests: | **August 1, 2011** |
| Deadline for designation of rebuttal expert witnesses: | **August 15, 2011** |
| Deadline for completion of discovery: | **September 1, 2011** |
| Deadline for filing dispositive motions: | **October 3, 2011** |

    IT IS FURTHER **ORDERED** that the Motion for Extension of Time [#58] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for August 1, 2011

at 9:30 a.m. is **vacated** and **RESET** to **November 17, 2011 at 9:30 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than November 11, 2011**. Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures. The proposed pretrial order must be submitted in a useable format (i.e., as a WordPerfect document). Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to Mix_Chambers@cod.uscourts.gov. Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy. However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the ECF Procedures. **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Courtroom **C-204** is located on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties are reminded that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: April 18, 2011