**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 10-cv-01398-PAB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: June 23, 2011** | Courtroom Deputy, Cathy Coomes |

_____

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES, LLC | David S. Fein<br>Patrick Frye |
|     Plaintiff(s), | |
| v. | |
| ETHAN DANIEL CHUMLEY, et al., | Paul M. Grant<br>Peter C. Lemire |
|     Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 3:06 p.m.**
Court calls case. Telephonic appearance of counsel.

This matter is before the Court regarding **Plaintiff's oral Motion to Compel supplementation of Defendants' responses to Interrogatories and Requests for Production of Documents**, and **Defendants' Motion to Stay Discovery on Plaintiff's Claim for Violation of Colorado Consumer Protection Act and for Protective Order (Doc. #75)**.

The Court has reviewed the documents submitted by counsel.

Counsel provide the background and basis of the discovery dispute.

The Court hears oral argument by Mr. Fein and Mr. Lemire regarding Plaintiff's Motion to Compel supplementation of Defendants' responses to Requests for Production of Documents numbers 1 through 6, 9, 16 through 19 and 21 through 26, and supplementation of responses to Interrogatories 1 through 4, 7 through 9, and 13 through 20.

For reasons set forth on the record,

**It is ORDERED:**   Plaintiff's oral Motion to Compel supplementation of Defendants' responses to Interrogatories and Requests for Production of Documents is **granted in part and denied in part.** The motion is granted as to all requests at issue, except for Requests for Production of Documents numbers 25 and 26 and Interrogatory number 15. Defendants must supplement their responses in writing to Plaintiff **on or before July 14, 2011.**

**It is ORDERED:**   Defendants' Motion to Stay Discovery on Plaintiff's Claim for Violation of Colorado Consumer Protection Act and for Protective Order (Doc. #75) is **denied.**

Discussion held regarding the depositions currently scheduled and the discovery deadline.

**It is ORDERED:**   The 30(b)(6) deposition of Defendant Armstrong Steel Corporation and the depositions of Mr. Chumley and Mr. Beavers shall be reset at mutually convenient dates and times. To the extent that there is difficulty in resetting the depositions, counsel should contact the Court pursuant to the discovery procedures.

Discussion held regarding objections that may be raised by Defendants. **Parties are warned that future discovery disputes may involve the imposition of sanctions.**

HEARING CONCLUDED.

**Court in recess:** 4:11 p.m.
Total In-court time: 1 hour, 5 minutes

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.