IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

    Defendants.

## ORDER

This matter is before the Court on the Stipulation for Partial Dismissal [Docket No. 81] filed by the parties on August 4, 2011. It is

**ORDERED** that plaintiff's sixth claim for relief for unjust enrichment, eighth claim for relief for accounting, and remedy for a constructive trust set forth in section G of plaintiff's prayer for relief are DISMISSED.

DATED August 5, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge