IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG STEEL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to for Leave to Conduct Depositions** [Docket No. 142; Filed January 26, 2012] (the "Motion"). The Motion does not comply with the Court's procedures for resolving discovery disputes. Specifically, the Order Setting Scheduling/Planning Conference provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order* [#5] at 2 (emphasis added); *see also Scheduling Order* [#20] at 6.

Plaintiff has not arranged a conference call to attempt to resolve the instant discovery dispute. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) conferring with the other party pursuant to D.C.COLO.LCivR 7.1A., and (2)

contacting the Court to resolve the dispute.  Unless a party receives leave from the Court to file an opposed discovery motion, any such motion will be denied.  To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

      Dated:  January 30, 2012