IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

      Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

      Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on plaintiff's motion *in limine* [Docket No. 189]. The motion fails to comply with Local Rule 7.1A, which provides that the Court "will not consider any motion . . . unless counsel for the moving party . . ., before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel . . . to resolve the disputed matter." D.C.COLO.LCivR 7.1A ("The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule."). The motion also violates § III.A of my Practice Standards. *See* Practice Standards (Civil cases), Judge Philip A. Brimmer § III.A ("The body of the text and all footnotes shall be no smaller than 12-point type."); *cf. id.* § III.E ("Motions *in limine* are discouraged when the motion is evidence driven and cannot be resolved until evidence is presented at trial. Instead, the issue can be flagged in a trial brief."). Therefore, it is

      **ORDERED** that plaintiff's motion *in limine* [Docket No. 189] is STRICKEN, with leave to refile a complying motion no later than 5:00 p.m. on Wednesday, April 18, 2012.

      DATED April 16, 2012.