IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

     Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

     Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     Pursuant to the Court's April 26, 2012 Order, *see* Docket No. 233 at 3-4, it is

     **ORDERED** that plaintiff's motion for partial summary judgment [Docket No. 90] regarding the unclean hands defense is DENIED as moot.

     DATED April 26, 2012.