IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

      Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

      Defendants.

## ORDER

      This matter is before the Court on plaintiff's amended motion *in limine* [Docket No. 203]. In its motion, plaintiff requests that the Court exclude "four orders from other litigation" identified by defendants as potential trial exhibits, citing Federal Rules of Evidence 103, 104, 402, 403, 404(b), 801, and 802. *See* Docket No. 203 at 1-2. Plaintiff initially made that request in a motion *in limine* [Docket No. 189] filed on April 13, 2012. The Court struck that motion on April 16, 2012 [Docket No. 191] for failure to comply with D.C.COLO.LCivR 7.1A and § III.A of my Practice Standards. *See* Practice Standards (Civil cases), Judge Philip A. Brimmer § III.A. The present motion still violates § III.A of my Practice Standards.

      Plaintiff contends that the "four orders from other litigation" have been identified by defendants as exhibits supporting their "unclean hands" defense to plaintiff's Colorado Consumer Protection Act ("CCPA") claim. In an April 26, 2012 order [Docket

No. 33], the Court dismissed plaintiff's CCPA claim, which mooted defendants' "unclean hands" defense. Therefore, it is

**ORDERED** that plaintiff's amended motion *in limine* [Docket No. 203] is DENIED as moot.

DATED April 26, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge