IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

      Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

      Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on defendants' motion for attorney's fees [Docket No. 258] arising out of their defense of plaintiff's now-dismissed claim pursuant to the Colorado Consumer Protection Act ("CCPA"), Colo. Rev. Stat. § 6-1-101 *et seq.*  The Court's April 2, 2012 order dismissing plaintiff's CCPA claim was interlocutory. Defendants' motion is therefore premature.  Federal Rule of Civil Procedure 54(d)(2)(B) does not contemplate the filing of such motions until after entry of judgment.  *See* Fed. R. Civ. P. 54(d)(2)(B) (requiring that a motion for attorney's fees "specify the judgment . . . entitling the movant to the award"); *see also Sakon v. Andreo*, 119 F.3d 109, 113 (2d Cir. 1997); *Culpepper-Smith v. United States*, 1998 WL 544964, at *8 (E.D. Pa. Aug. 24, 1998)*.*  Therefore, it is

      **ORDERED** that defendants' motion for attorney's fees [Docket No. 258] is DENIED.

      DATED May 11, 2012.