**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: June 15, 2012
Court Reporter: Janet Coppock  Time: 47 minutes

**CASE NO.  10-cv-01398-PAB-KLM**

<u>Parties</u>  <u>Counsel</u>

**GENERAL STEEL DOMESTIC SALES, LLC,**  Patrick Frye

　　　　Plaintiff (s),

vs.

**ETHAN DANIEL CHUMLEY, and ATLANTIC BUILDING SYSTEMS, LLC, d/b/a ARMSTRONG STEEL CORPORATION,**  Jacob Paul
Paul Grant
Peter Lemire

　　　　Defendant (s).

**TRIAL PREPARATION CONFERENCE**

**3:02 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 5-day jury trial, commencing July 9, 2012.

Page Two
10-cv-01398-PAB-KLM
June 15, 2012

Court and counsel discuss pending pretrial matters.

**ORDERED:**  Defendant's Motion to Amend/Correct/Modify Pretrial Order (Doc #271) is **GRANTED.**

Court advises counsel of the Court's trial schedule.

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection of 9, voir dire by counsel limited to 15 minutes, proposed voir dire questions, 30 minute opening statements, witnesses, exhibits

**ORDERED:**  Witnesses shall be **SEQUESTERED.**

**ORDERED:**  Defendants' revised witness list is due **June 18, 2012.**

**ORDERED:**  Counsel shall exchange exhibits by **12:00 noon on June 22, 2012.**

**ORDERED:**  Counsel shall file, simultaneously, a brief description of what this case is about by **12:00 noon on June 22, 2012.**

**ORDERED:**  Counsel shall file a brief on the right to a jury trial or not a right to a jury trial on the issues of disgorgement of profit and statutory damages if the counterfeit theory of recovery is allowed by **12:00 noon on June 22, 2012.**

**3:49 p.m.**     **COURT IN RECESS**

**Total in court time:**         **47 minutes**

**Hearing concluded**