IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION,
a Colorado limited liability company,

     Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG
STEEL CORPORATION,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Strike** [Docket No. 284; Filed June 12, 2012].  Plaintiff seeks to strike Defendants' Response to Motion for Leave to Amend Final Pretrial Order to Add David Nardozzi as Trial Witness [#283].  On June 15, 2012, the District Judge granted Plaintiff's Motion for Leave to Amend Final Pretrial Order to Add David Nardozzi as Trial Witness [#271].  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion to Strike [#284] is **DENIED AS MOOT**.

     Dated:  June 18, 2012