IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

    Defendants.

_____

**ORDER REGARDING THE PARTIES' OBJECTIONS TO
DESIGNATIONS OF DEPOSITION TESTIMONY OF DAVID NARDOZZI**
_____

This matter comes before the Court on Defendants' Objections to Designated Deposition Testimony of David Nardozzi [Docket No. 221] and Plaintiff's Objections to Defendants' Counter Designations to Deposition Testimony of David Nardozzi [Docket No. 256].

The Court rules as follows on defendants' objections [Docket No. 221]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 7:7-10 | Leading | Overruled |
| 2 | 7:11-14 | Compound; vague | Overruled |
| 3 | 7:15-18 | No question posed | Overruled |
| 4 | 10:1-7 | Assumes facts not in evidence; lack of foundation | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 5 | 10:12-13 | Assumes facts not in evidence; lack of foundation | Overruled |
| 6 | 11:13-19 | No questions posed | Overruled |
| 7 | 13:7-14:10 | Compound; answer is not responsive | Sustained, unresponsive and irrelevant pursuant to Court's ruling of July 3, 2012 |
| 8 | 14:11-13,21-25;15:1-3 | Compound; vague; leading; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 9 | 15:11-13 | Leading; mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 10 | 15:15-16:14 | Leading; mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 11 | 16:15-18 | Leading; mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 12 | 17:10-25 | Leading; lack of foundation; vague; calls for hearsay | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 13 | 23:10-24:5 | Vague; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 14 | 24:6-11 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 15 | 24:12-13 | Leading | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 16 | 24:14-25:3 | Answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 17 | 25:4-9 | Leading; mischaracterizes the testimony; calls for hearsay | Irrelevant pursuant to Court's ruling of July 3, 2012 |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 18 | 25:16-26:3 | Vague; leading; mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 19 | 27:17-19 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 20 | 29:8-14 | Leading | Overruled |
| 21 | 29:21-30:18 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 22 | 33:9-10 | Leading | Overruled |
| 23 | 33:14-16 | Leading | Overruled |
| 24 | 34:20-222 | Mischaracterizes the testimony | Overruled |
| 25 | 35:22-36:2 | Leading; mischaracterizes the testimony; vague | Overruled |
| 26 | 36:3-7 | Leading | Overruled |
| 27 | 37:14-17 | Leading; vague; calls for hearsay; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 28 | 37:18-38:2 | Vague; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 29 | 38:3-5 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 30 | 38:6-8 | Leading; mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 31 | 38:11-13 | Lack of foundation; calls for hearsay | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 32 | 38:17-21 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 33 | 38:22-39:7 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |

| Item # | Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 34 | 40:25-41:17 | Leading; compound | Overruled |
| 35 | 42:1-43:15 | Answer not responsive | Overruled |
| 36 | 44:9-17 | Leading | Overruled |
| 37 | 49:6-51:19 | Vague; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 38 | 51:25-52:1 | Mischaracterizes the testimony | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 39 | 52:6-24 | Answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 40 | 53:1-16 | Answer is not responsive | Sustained |
| 41 | 53:17-25 | Lack of foundation | Overruled |
| 42 | 54:10-12 | Lack of foundation | Overruled |
| 43 | 54:16-56:4 | Leading; vague | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 44 | 56:5-7 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 45 | 57:13, 22-25; 58:1-59:8 | Leading; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 46 | 60:5-61:9, 17-24 | Answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 47 | 64:13-66:9 | Lack of foundation; mischaracterizes the testimony; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 48 | 66:10-67:6 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 49 | 67:15-69:18 | Leading; mischaracterizes the testimony; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 50 | 69:19-20 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 51 | 69:21-24 | Leading; calls for hearsay | Overruled |
| 52 | 69:25-71:9 | Leading, calls for hearsay | Overruled |
| 53 | 71:18-25 | No question posed; answer is not responsive | Sustained |
| 54 | 72:23-73:1 | Leading; mischaracterizes the testimony | Sustained as leading |
| 55 | 73:7-74:4 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 56 | 76:23-77:1 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 57 | 77:2-77:7 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 58 | 77:12-77:17 | Leading | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 59 | 78:8-17 | Lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 60 | 78:18-20;79:13-80:25 | Leading; answer is not responsive | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 61 | 84:21-85:2 | No questions posed | Sustained |
| 62 | 85:14-16 | Leading | Overruled |
| 63 | 86:20-88:12 | Lack of foundation; answer is not responsive | Overruled as to 86:20-87:4; Sustained as nonresponsive as to 87:5-88:12 |
| 64 | 88:13-22 | Compound; leading; lack of foundation | Overruled |
| 65 | 93:22-23-95:14 | Lack of foundation; calls for hearsay | Overruled |

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 66 | 96:12-20 | Answer is not responsive | Overruled |
| 67 | 97:22-98:10 | Lack of foundation | Overruled |
| 68 | 101:12-17 | Leading; mischaracterizes the testimony | Overruled |
| 69 | 102:25-104:4 | Leading; calls for hearsay | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 70 | 121:23-122:7 | Leading; lack of foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 71 | 128:1-3 | Vague | Overruled |
| 72 | 128:14-21 | Lack of foundation | Overruled |
| 73 | 129:22-130:11 | Leading; lack of foundation; answer is not responsive | Overruled |

The Court rules as follows on plaintiff's objections [Docket No. 256]:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 15:17 | Argument by counsel | Overruled since this is a trial to court |
| 2 | 29:25 | Argument of counsel | Overruled since this is a trial to court |
| 3 | 35:24 | Argument of counsel | Overruled since this is a trial to court |
| 4 | 38:23 | Argument of counsel | Overruled since this is a trial to court |
| 5 | 54:13 | Argument of counsel | Overruled since this is a trial to court |
| 6 | 54:18 | Argument of counsel | Overruled since this is a trial to court |

| Item # | Testimony | Objection | Ruling |
| --- | --- | --- | --- |
| 7 | 66:12 | Argument of counsel | Overruled since this is a trial to court |
| 8 | 73:2 | Argument of counsel | Overruled since this is a trial to court |
| 9 | 85:17 | Argument of counsel | Overruled since this is a trial to court |
| 10 | 143:1-16 | FRCP 106 | Overruled |
| 11 | 148:5-12 | Relevance | Overruled |
| 12 | 148:23-149:2 | Relevance | Overruled |
| 13 | 160:9-10 | Argumentative | Overruled |
| 14 | 174:14-175:1 | Vague, foundation | Overruled |
| 15 | 210:10-212:9 | Relevance | Overruled |
| 16 | 226:13-231:8 | Relevance | Overruled |
| 17 | 233:14-234:14 | Incomplete, 234:13-14 should not be read | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 18 | 237:21-24 | Beyond the scope of designation, relevance | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 19 | 238:4-241:21 | Beyond the scope of designation, relevance | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 20 | 246:17-247:20 | Foundation and relevance | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 21 | 254:2-255:19 | Hearsay, foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |
| 22 | 259:1-21 | Relevance, foundation | Irrelevant pursuant to Court's ruling of July 3, 2012 |

DATED July 11, 2012.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge