**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC,
d/b/a General Steel Corporation, a Colorado limited liability company,

 Plaintiff,
v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation,
doing business as Armstrong Steel Corporation,

 Defendants.

---

**FINAL JUDGMENT**

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 This action was tried by U.S. District Judge Philip A. Brimmer without a jury and a decision has been reached.

 Pursuant to the Order [Docket No. 346] of Judge Philip A. Brimmer entered on May 7, 2013 it is

 **ORDERED** that the Court finds by a preponderance of the evidence that defendants are liable to plaintiff on Count Two. It is

 **FURTHER ORDERED** that defendants Ethan D. Chumley and Atlantic Building Systems, LLC, doing business as Armstrong Steel Corporation, are enjoined from the following:

    a. Falsely presenting Armstrong as a manufacturer of steel buildings or falsely stating that it fabricates steel buildings;

    b. Falsely stating that General Steel does not provide pregalvanized steel and steel fasteners; and

    c. Stating that Armstrong provides "general steel buildings" or "general steel construction." It is

**FURTHER ORDERED** that this injunction is binding upon defendants, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise. It is

**FURTHER ORDERED** that judgment shall enter in favor of plaintiff General Steel Domestic Sales, LLC against defendants Ethan Daniel Chumley and Atlantic Building Systems, LLC in the amount of $243,462.00 plus postjudgment interest at the rate of 0.11%. It is further

**FURTHER ORDERED** that the plaintiff is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 7th day of May, 2013.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            s/Nel Steffens
                                            Nel Steffens
                                            Deputy Clerk