IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG STEEL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Partially Unopposed Motion to Vacate and Reschedule Hearing on Motion to Hold Defendants in Contempt for Multiple Violations of the Court's Injunction** [Docket No. 389; Filed July 3, 2013] (the "Motion"). Defendants' co-counsel Attorney Paul M. Grant ("Grant") seeks to reschedule an evidentiary hearing set for August 13, 2013 at 1:30 p.m. due to a family vacation scheduled from July 31, 2013 to August 10, 2013. He suggests rescheduling the hearing to July 29, July 30, or any time on or after August 19, 2013. Plaintiff opposes moving the hearing to a date later than August 13, 2013, but does not oppose moving the hearing to an earlier date.

    IT IS HEREBY **ORDERED** that the Motion [#389] is **GRANTED**. The Evidentiary Hearing on the Motion for Contempt [#366] set for August 13, 2013 at 1:30 p.m. is **VACATED** and **RESET** to **August 21, 2013** at **1:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall provide to each other and to the Court a list of exhibits each expects to submit and of witnesses each expects to call by filing such lists on the docket **no later than August 14, 2013**.

    Dated: July 12, 2013