IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG STEEL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strike Listing of Counsel From Defendants' Witness List For August 21, 2013, Hearing** [Docket No. 403; Filed August 15, 2013] (the "Motion"). On August 16, 2013, the Court ordered Defendants to file any response to the Motion on or before August 20, 2013 at 12:00 p.m. *Minute Order* [#405]. Defendants have not filed a response to the Motion. On review of the merits of the Motion and in the absence of opposition to the Motion,

    IT IS HEREBY **ORDERED** that the Motion [#403] is **GRANTED**. Attorney David Fein is **stricken** from Defendants' Witness List for Hearing on August 21, 2013 on Plaintiff's Motion to Hold Defendants in Contempt for Multiple Violations of the Court's Injunction. Defendants may not call Attorney David Fein as a witness at the hearing on August 21, 2013.

    Dated: August 20, 2013