IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01398-PAB-KLM

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION,
a Colorado limited liability company,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually, and
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, d/b/a ARMSTRONG STEEL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Hold Defendants in Contempt for Multiple Violations of the Court's Injunction** [Docket No. 366; Filed June 5, 2013] (the "Motion").  At the hearing held on the Motion on August 21, 2013, the Court gave Plaintiff the option to file an amended motion by August 23, 2013.  *See Minutes* [#409] at 2.  Plaintiff timely did so.  *See Am. Motion* [#410].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#366] is **DENIED as moot**.

    Dated:  August 26, 2013